```
 1   PILLSBURY WINTHROP SHAW PITTMAN LLP
     ROBERT C. PHELPS  106666
 2   robert.phelps@pillsburylaw.com
     50 Fremont Street
 3   Post Office Box 7880
     San Francisco, CA  94120-7880
 4   Telephone: (415) 983-1000
     Facsimile: (415) 983-1200
 5
     Attorneys for Plaintiff
 6   CHEVRON U.S.A. INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHEVRON U.S.A. INC., <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>TRANSBAY AUTO SERVICE, INC., <br><br>　　　　　Defendant. | No. C 06-00534 CRB <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE VOLUNTARY ADR PROCEDURE |

Plaintiff CHEVRON U.S.A. INC. ("Chevron") and Defendant TRANSBAY AUTO SERVICE, INC. ("Transbay"), through their respective counsel, and upon the recommendation of the court-appointed mediator, hereby request that the Court extend the time for completion of voluntary ADR to September 15, 2006, for the reasons set forth below.

The parties have agreed to a voluntary mediation of this dispute and have scheduled such mediation before Mark Penskar, Esq., of the Pacific Gas & Electric legal department. The parties have had an initial scheduling meeting with Mr. Penskar, and have proposed August 15, 16 or 17 as the proposed mediation date. This date falls after the presumptive date for completing mediation and was discussed by the parties to, inter alia, allow for

1  review by Chevron's independent accountant of certain additional financial data voluntarily
2  produced by Transbay and for production of by Transbay of additional information for
3  review. Chevron believes that a meaningful mediation requires review of this additional
4  information provided by Transbay (or to be provided by Transbay), because this
5  information may allow Chevron to better assess the strength of its case against Transbay. A
6  central allegation of Chevron's complaint is that Transbay failed to produce for audit
7  certain financial information Chevron contends Transbay was obligated to produce.
8      For the foregoing reasons, the parties respectfully request that the deadline for
9  completing mediation be extended to September 15, 2006.

10  Dated: July 27, 2006.

11                              PILLSBURY WINTHROP SHAW PITTMAN LLP
                                ROBERT C. PHELPS
12                              50 Fremont Street
                                Post Office Box 7880
13                              San Francisco, CA 94120-7880

14

15                              By /s/Robert C. Phelps
                                    Robert C. Phelps
16
                                Attorneys for Plaintiff
17                              CHEVRON U.S.A. INC.

18
    Dated: July 27, 2006.
19
                                PEREZ & MILLER
20                              Richard L. Perez
                                3730 Mt. Diablo Boulevard
21                              Suite 335
                                Lafayette, CA 94549
22

23
                                By _____
24                                  Richard L. Perez

25                              Attorneys for Defendant
                                TRANSBAY AUTO SERVICE, INC.
26

27

28

700380179v1              - 2 -          STIPULATION AND [PROPOSED] ORDER
                                        EXTENDING TIME TO COMPLETE VOLUNTARY
                                        ADR PROCEDURE
                                        Case No. C 06-00534 CRB

1    Based upon the representations of counsel herein and good cause appearing, it is

2    hereby ORDERED that the deadline for completion of voluntary ADR proceedings in this

3    case is extended to September 15, 2006.

4    Dated: ~~August~~ July 31, 2006.

By _____
Hon. Charles R. Breyer
United States District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer